UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 23, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

BRAYAN MISSAEL NUNEZ-MENDOZA,

   Defendant.

Case No. 2:23-mj-00117-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRAYAN MISSAEL NUNEZ-MENDOZA , Case No. 2:23-mj-00117-KJN , Charge 18 USC 841(a)(1), from custody for the following reasons:

 _____ Release on Personal Recognizance

 _____ Bail Posted in the Sum of $ _____

 __X__ Unsecured Appearance Bond $  50,000.00

 _____ Appearance Bond with 10% Deposit

 _____ Appearance Bond with Surety

 _____ Corporate Surety Bail Bond

 _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 23, 2023, at 2:40 PM.

By:  _/s/ Allison Claire_

Magistrate Judge Allison Claire