UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 5, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0214 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| BRAYAN MISSAEL NUNEZ-MENDOZA | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BRAYAN MISSAEL NUNEZ-MENDOZA</u> Case No. <u>2:23-cr-0214 WBS</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

      x      Unsecured Appearance Bond $ 50,000.00[1]

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    _____   (Other): \_\_

Issued at Sacramento, California on September 5, 2023 at 2:11 PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney

---

[1] Previously ordered by Magistrate Judge Allison Claire