PHILLIP A. TALBERT
United States Attorney
DAVID SPENCER
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIOVANNI ELEAZAR PACO,<br>CARLOS DANIEL GASTELUM<br>BUSTAMANTE, and<br>BRAYAN MISSAEL NUNEZ MENDOZA,<br><br>Defendants. | CASE NO. 2:23-CR-214-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 13, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.  This matter was set for status conference before the Honorable William B. Shubb on November 13, 2023. ECF Nos. 19, 21. Time has been excluded through and including November 13, 2023, as to all of the above-captioned defendants. *Id*.

2.  By this stipulation, the parties request to set a status conference on **February 12, 2024, at 9:00 a.m**., and to exclude time between November 13, 2023, and February 12, 2024, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including over 240 pages of documents, numerous photographs, lab reports, criminal history reports, multiple video and

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

audio recordings, and other material.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time to consult with their respective clients, review the charges, conduct investigation and research related to the charges, review the discovery, discuss potential resolutions with their respective clients, prepare pretrial motions, and otherwise prepare for trial.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)      The government joins the request to continue.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 13, 2023 to February 12, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

                                                    Respectfully Submitted,

Dated: November 8, 2023                PHILLIP A. TALBERT
                                               United States Attorney

                                          By:  /s/ HADDY ABOUZEID
                                               HADDY ABOUZEID
                                               Assistant United States Attorney

Dated: November 8, 2023                /s/ DANIEL MARTIN
                                             DANIEL MARTIN
                                             Counsel for Defendant
                                             Jiovanni Eleazar Paco

Dated: November 8, 2023                /s/ NOA OREN
                                             NOA OREN
                                             Assistant Federal Defender
                                             Counsel for Defendant
                                             Carlos Daniel Gastelum Bustamante

Dated: November 8, 2023                /s/ ARMANDO VILLAPUDUA
                                             ARMANDO VILLAPUDUA
                                             Counsel for Defendant
                                             Brayan Missael Nunez Mendoza

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE