PHILLIP A. TALBERT
United States Attorney
DAVID SPENCER
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIOVANNI ELEAZAR PACO, <br> CARLOS DANIEL GASTELUM BUSTAMANTE, and <br> BRAYAN MISSAEL NUNEZ MENDOZA, <br><br> Defendants. | CASE NO. 2:23-CR-214-WBS <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: February 12, 2024 <br> TIME: 9:00 a.m. <br> COURT: Hon. William B. Shubb |

**STIPULATION**

1. This matter was set for status conference before the Honorable William B. Shubb on February 12, 2024. ECF No. 33. Time has been excluded through and including February 12, 2024, as to all of the above-captioned defendants. *Id*.

2. By this stipulation, the parties request to continue the status conference to **May 13, 2024, at 9:00 a.m**., and to exclude time between February 12, 2024, and May 13, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including over 240 pages of documents, numerous photographs, lab reports, criminal history reports, multiple video and

audio recordings, and other material. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    Counsel for defendants desire additional time to consult with their respective clients, review the charges, conduct investigation and research related to the charges, review the discovery, discuss potential resolutions with their respective clients, prepare pretrial motions, and otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 12, 2024 to May 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: February 7, 2024  PHILLIP A. TALBERT
United States Attorney

By: /s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: February 7, 2024  /s/ MICHAEL E. HANSEN
MICHAEL E. HANSEN
Counsel for Defendant
Jiovanni Eleazar Paco

Dated: February 7, 2024  /s/ NOA OREN
NOA OREN
Assistant Federal Defender
Counsel for Defendant
Carlos Daniel Gastelum Bustamante

Dated: February 7, 2024  /s/ ARMANDO VILLAPUDUA
ARMANDO VILLAPUDUA
Counsel for Defendant
Brayan Missael Nunez Mendoza

ORDER

IT IS SO FOUND AND ORDERED.

Dated: February 9, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3