1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID SPENCER
   HADDY ABOUZEID
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,           CASE NO.  2:23-CR-214-WBS

                         Plaintiff,     STIPULATION REGARDING EXCLUDABLE
13                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
                    v.                   FINDINGS AND ORDER
14
    JIOVANNI ELEAZAR PACO,              DATE: July 15, 2024
15  CARLOS DANIEL GASTELUM              TIME: 9:00 a.m.
    BUSTAMANTE, and                     COURT: Hon. William B. Shubb
16  BRAYAN MISSAEL NUNEZ MENDOZA,

17                       Defendants.

18

19                          **STIPULATION**

20      1.      This matter was set for status conference before the Honorable William B. Shubb on July

21  15, 2024.  ECF Nos. 61, 62.  Time has been excluded through and including July 15, 2024, as to all of

22  the above-captioned defendants.  *Id*.

23      2.      By this stipulation, the parties request to set a status conference on September 30, 2024,

24  at 9:00 a.m., and to exclude time between July 15, 2024, and September 30, 2024, under Local Code T4.

25      3.      The parties agree and stipulate, and request that the Court find the following:

26              a)      The government has represented that the discovery associated with this case

27  includes investigative reports and related documents in electronic form including over 240 pages

28  of documents, numerous photographs, lab reports, criminal history reports, multiple video and

audio recordings, and other material.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    Counsel for defendants desire additional time to consult with their respective clients, review the charges, conduct investigation and research related to the charges, review the discovery, discuss potential resolutions with their respective clients, prepare pretrial motions, and otherwise prepare for trial.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)    The government joins the request to continue.

      d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 15, 2024 to September 30, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

///

///

///

IT IS SO STIPULATED.

Respectfully Submitted,

Dated:  June 28, 2024 PHILLIP A. TALBERT
United States Attorney

By:  /s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney

Dated:  June 28, 2024 /s/ MICHAEL E. HANSEN
MICHAEL E. HANSEN
Counsel for Defendant
Jiovanni Eleazar Paco

Dated:  June 28, 2024 /s/ NOA OREN
NOA OREN
Assistant Federal Defender
Counsel for Defendant
Carlos Daniel Gastelum Bustamante

Dated:  June 28, 2024 /s/ ARMANDO VILLAPUDUA
ARMANDO VILLAPUDUA
Counsel for Defendant
Brayan Missael Nunez Mendoza

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  July 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3