PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
HADDY ABOUZEID
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-214-3 WBS |
| Plaintiff, | **STIPULATION AND JOINT REQUEST FOR MENTAL HEALTH COUNSELING; ORDER** |
| v. | |
| BRAYAN MISSAEL NUNEZ MENDOZA, | |
| Defendant. | |

## I.      STIPULATION

1.     Plaintiff United States of America, by and through its counsel of record, and defendant Brayan Missael Nunez Mendoza, by and through his counsel of record ("Defendant" and "Defense Counsel"), hereby stipulate, agree, and jointly request that the Court impose an additional pre-trial release condition that Defendant shall participate in a program of medical or psychiatric treatment, including but not limited to treatment for drug or alcohol dependency, or any other specialized individual treatment as determined appropriate by the Pretrial Services Officer.

2.     The Defendant agrees to comply with the treatment program as directed and will participate fully in all aspects of the program as recommended by the Pretrial Services Officer, including attendance at all counseling sessions and adherence to all prescribed treatment modalities.

3.     The Defendant shall be responsible for paying all or part of the costs of the counseling services, with the exact portion of the costs to be determined by the Pretrial Services Officer based on

the Defendant's ability to pay.

4.      Should the Defendant experience any change in financial circumstances that may affect his/her ability to pay for treatment services, the Defendant shall promptly notify the Pretrial Services Officer, who may reassess the Defendant's payment obligations accordingly.

Respectfully Submitted,

Dated: September 5, 2024                          PHILLIP A. TALBERT
                                                  United States Attorney

                                          By:    /s/ DAVID W. SPENCER
                                                  DAVID W. SPENCER
                                                  Assistant United States Attorney


Dated: September 5, 2024                          /s/ ARMANDO VILLAPUDUA
                                                  ARMANDO VILLAPUDUA
                                                  Counsel for Defendant
                                                  Brayan Missael Nunez Mendoza

**ORDER**

The Court having read and considered the Stipulation and Joint Request for Mental Health Counseling, which this Court incorporates by reference into this Order in full, hereby finds that GOOD CAUSE exists to enter the above Order.

IT IS SO FOUND AND ORDERED

Dated: September 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE