1  PHILLIP A. TALBERT
United States Attorney
2  DAVID SPENCER
HADDY ABOUZEID
3  Assistant United States Attorney
501 I Street, Suite 10-100
4  Sacramento, CA 95814
Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6

Attorneys for Plaintiff
7  United States of America

8

9                IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,                    CASE NO.  2:23-CR-214-WBS

12                        Plaintiff,             STIPULATION REGARDING EXCLUDABLE
                                                 TIME PERIODS UNDER SPEEDY TRIAL ACT;
13          v.                                   FINDINGS AND ORDER

14  BRAYAN MISSAEL NUNEZ MENDOZA,                DATE: September 30, 2024
                                                 TIME: 9:00 a.m.
15                        Defendant.             COURT: Hon. William B. Shubb

16

**STIPULATION**

17
        1.      This matter was set for status conference before the Honorable William B. Shubb on
18
September 30, 2024.  Time has been excluded through and including September 30, 2024.
19
        2.      By this stipulation, the parties request to vacate the September 30, 2024, status
20
conference, to set the matter for a change of plea hearing on October 28, 2024, and to exclude time
21
between September 30, 2024, and October 28, 2024, under Local Code T4.
22
        3.      The parties agree and stipulate, and request that the Court find the following:
23
        a)      The government has represented that the discovery associated with this case
24
includes investigative reports and related documents in electronic form including over 4,698
25
pages of documents, numerous photographs, lab reports, criminal history reports, multiple video
26
and audio recordings, and other material.  All of this discovery has been either produced directly
27
to counsel and/or made available for inspection.
28

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1    b)    Counsel for defendant desires additional time to consult with his client. Counsel

2 expects defendant to change his plea on October 7, 2024, but if defendant elects not to do so,

3 counsel needs additional time to prepare for trial.

4    c)    Counsel for defendant believes that failure to grant the above-requested

5 continuance would deny him the reasonable time necessary for effective preparation, taking into

6 account the exercise of due diligence.

7    d)    The government does not object to the continuance.

8    e)    Based on the above-stated findings, the ends of justice served by continuing the

9 case as requested outweigh the interest of the public and the defendant in a trial within the

10 original date prescribed by the Speedy Trial Act.

11    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12 et seq., within which trial must commence, the time period of September 30, 2024 to October 28,

13 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14 T4] because it results from a continuance granted by the Court at defendant's request on the basis

15 of the Court's finding that the ends of justice served by taking such action outweigh the best

16 interest of the public and the defendant in a speedy trial.

17    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

18 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19 must commence.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    IT IS SO STIPULATED.

2                                              Respectfully Submitted,

3    Dated:  September 26, 2024               PHILLIP A. TALBERT
                                              United States Attorney
4

5                                        By:  /s/ DAVID W. SPENCER
                                              DAVID W. SPENCER
6                                             Assistant United States Attorney

7

8    Dated:  September 26, 2024               /s/ ARMANDO VILLAPUDUA
                                              ARMANDO VILLAPUDUA
9                                             Counsel for Defendant
                                              Brayan Missael Nunez Mendoza
10

11                                **ORDER**

12   IT IS SO FOUND AND ORDERED.

13

14   Dated:  September 27, 2024

     WILLIAM B. SHUBB
15   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME           3
PERIODS UNDER SPEEDY TRIAL ACT