1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, #297100
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   CARLOS GASTELUM BUSTAMANTE
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | Case No.  2:23-cr-00214-WBS
12 |     Plaintiff,                      | STIPULATION TO CONTINUE SENTENCING
   |                                     | HEARING AND MODIFY PRESENTENCE
13 | vs.                                 | SCHEDULE; ORDER
14 | CARLOS GASTELUM                     | DATE: February 3, 2025
   | BUSTAMANTE AND BRAYAN               | TIME:  10:00 a.m.
15 | MISSAL NUNEZ-MENDOZA,               | JUDGE: Hon. William B. Shubb
16 |     Defendants.                     |

17

18     IT IS HEREBY STIPULATED by and between Michelle Beckwith, Acting United States

19 Attorney, through David Spencer, Attorneys for Plaintiff, and Heather Williams, Federal

20 Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Carlos

21 Gastelum Bustamante and Armando Villapudua, Attorney for Brayan Missal Nunez-Mendoza,

22 that the sentencing hearing currently set for February 3, 2025, be continued to **May 12, 2025, at**

23 **10:00 a.m.**

24     U.S Probation joins in the request to move the date to May 12, 2025.

25     The parties further request that the PSR schedule be modified with the new sentencing

26 date, as follows:

27     Informal Objections to Presentence Report Due:        April 7, 2025

28     Final PSR due:                                        April 21, 2025

       Formal Objections to Presentence Report Due:          April 28, 2025

| | |
|---|---|
| Reply/Non-Opposition due: | May 5, 2025 |
| Judgment & Sentencing due: | May 12, 2025, 10:00 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 21, 2025          */s/ Noa E. Oren*
                                NOA E. OREN
                                Assistant Federal Defender
                                Attorney for Defendant
                                CARLOS DANIEL GASTELUM BUSTAMANTE

Date: January 21, 2025          */s/ Armando Villapudua*
                                ARMANDO VILLAPUDUA
                                Attorney for Defendant
                                BRAYAN MISSAEL NUNEZ-MENDOZA

Date: January 21, 2025          MICHELE BECKWITH
                                Acting United States Attorney

                                */s/ David Spencer*
                                DAVID SPENCER
                                Assistant U.S. Attorneys
                                Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: JANUARY 21, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE