Armando Villapudua, Esq., Bar No. 173945
James Dadasovich, Esq., Bar No. 333572
VILLAPUDUA & SOMERA, P.C.
2431 W. March Lane, Ste. 220
Stockton, CA 95207
Phone: (209) 956-1234
Fax: (209) 478-7981

Counsel for Defendant,
BRAYAN MISSAEL NUNEZ-MENDOZA

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-214-WBS |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING; AN ORDER |
| BRAYAN MISSAEL NUNEZ-MENDOZA<br>CARLOS DANIEL GASTELUM BUSTAMANTE, | Date: May 12, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. William B. Shubb |
| Defendants. | |

## STIPULATION

The United States of America through its undersigned counsel, David Spencer, Assistant United States Attorney, together with Attorney Armando Villapudua, Counsel for Brayan Missael Nunez-Mendoza; Attorney Noa Oren, counsel for Carlos Gastelum Bustamante, hereby stipulate the following:

1. The Sentencing hearing set for May 12, 2025, be continued to August 18, 2025, at 10:00 a.m.

2. The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

    Informal Objections to Presentence Report Due: July 14, 2025

    Final PSR due: July 28, 2025

Formal Objections to Presentence Report Due: August 4, 2025

Reply/Non-Opposition due: August 11, 2025

Judgment & Sentencing due: August 18, 2025, 10:00 a.m

IT IS SO STIPULATED.

Dated: April 21, 2025          /s/ Armando Villapudua
_____
Armando Villapudua, Esq.
VILLAPUDUA & SOMERA, P.C.
*Counsel for Defendant BRAYAN MISSAEL NUNEZ- MENDOZA*

Dated:  April 21, 2025
_____
Noa Oren
Assistant Federal Defender
*Counsel for Defendant CARLOS DANIEL GASTELUM BUSTAMANTE*

Dated:  April 21, 2025
_____
David Spencer
Assistant United States Attorney
*Counsel for Plaintiff UNITED STATES*

**ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  April 21, 2025          _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE